943 A.2d 263

**ALLEGHENY COUNTY AIRPORT AUTHORITY, Respondent,**

**v.**

**CONSTRUCTION GENERAL LABORERS AND MATERIAL HANDLERS UNION, 1058, Petitioner.**

Supreme Court of Pennsylvania.

March 25, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 25th day of March 2008, the Petition for Allowance of Appeal is **GRANTED** and the Commonwealth Court's order is **VACATED.** The matter is **REMANDED** to the Commonwealth Court for reconsideration in light of our decision in *Westmoreland Intermediate Unit # 7 v. Westmoreland Intermediate Unit # 7 Classroom Assistants Educational Support Personnel Association, PSEA/NEA,* 939 A.2d 855 (Pa.2007) (supplanting the "core function" exception to the essence test with a public policy exception).

Pennsylvania State Education Association's motion for leave to file amicus brief is dismissed as moot.